ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL III

| EL PUEBLO DE PUERTO RICO RECURRIDO V. ILEANA MALDONADO DAVILA PETICIONARIA | KLCE202401275 | *CERTIORARI* procedente del Tribunal de Primera Instancia, Sala Municipal de Guayama _____ Caso Civil: G1VP202401023-1033 _____ SOBRE: LEY 54 ART. 3.1 GRAVE; LEY 54 ART. 3.2 3ER GRADO (1989); LEY 57 ART. 53.B GRAVE (2023) |
|---|---|---|

Panel integrado por su presidente el Juez Figueroa Cabán, el Juez Salgado Schwarz y el Juez Monge Gómez

Salgado Schwarz, Carlos G., Juez Ponente

# **R E S O L U C I Ó N**

En San Juan, Puerto Rico, a 2 de diciembre de 2024.

Comparece la señora Ileana Maldonado Dávila ("Sra. Maldonado" o "Peticionaria") mediante el presente recurso de *certiorari* y solicita que determinemos "*la no existencia de causa probable en todas y cada una de las denuncias…*"[1] presentadas en su contra en el Tribunal de Primera Instancia, Sala Municipal de Guayama ("TPI" o "foro primario"). Lo anterior, luego de que el TPI determinara que la Sra. Maldonado fue identificada correctamente al inicio de la vista de determinación de causa para arresto, cuando la Peticionaria respondió que su nombre es Ileana Maldonado Dávila.

Luego de deliberar los méritos del recurso ante nos, entendemos procedente no intervenir con la

_____
[1] Véase el recurso de *certiorari*, pág. 5.

Número Identificador

RES2024_____

determinación del foro primario referente a la identificación de la Peticionaria. Si bien este foro apelativo no está obligado a fundamentar su determinación al denegar la expedición de un recurso discrecional,[2] abundamos sobre las bases de nuestra decisión para que las partes no alberguen dudas en sus mentes sobre el ejercicio de nuestra facultad revisora y su justificación jurídica.

Conforme a lo anterior, expresamos que no surge del expediente de este caso que el TPI actuase mediando prejuicio, parcialidad, error manifiesto o mediante craso abuso de su discreción.[3] Tampoco divisamos fundamentos jurídicos que motiven la expedición del auto instado al amparo de los criterios dispuestos por la Regla 40 del Reglamento de este Tribunal de Apelaciones.[4]

Ahora bien, corresponde en la Vista Preliminar corregir cualquier defecto cometido en la vista de Regla 6 de Procedimiento Criminal.

A tenor con lo anterior, ***denegamos*** la expedición del auto de *certiorari* ante nuestra consideración.

**Notifíquese inmediatamente.**

Lo acuerda y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.

*Lcda. Lilia M. Oquendo Solís*
*Secretaria del Tribunal de Apelaciones*

---

[2] 32 LPRA Ap. V, R. 52.1.
[3] *Trans-Oceanic Life Ins. v. Oracle Corp.*, 184 DPR 689, 709 (2012).
[4] 4 LPRA Ap. XXII-B, R. 40.